UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TRACY L. RUBMAN; JAMES ELLERY BAKER; KATHY A. LOTHIAN,<br><br>        Plaintiffs,<br><br>v.<br><br>BAYER AG; MONSANTO COMPANY; BAYER CROPSCIENCE L.P.; SOLUTIA, INC.; PHARMACIA, L.L.C.; PHARMACIA, INC.; and PHARMACIA CORP.<br><br>        Defendants. | No. 2:22-CV-181-WKS |

**CERTIFICATE OF SERVICE**

I, Ian P. Carleton, counsel for Monsanto Company, Bayer CropScience LP, Solutia Inc., and Pharmacia LLC ("Defendants"), do hereby certify that on December 19, 2022, I caused to be filed with the Clerk of Court the following document using the CM/ECF system:

**EMERGENCY MOTION TO PRESERVE EVIDENCE,
REQUEST FOR EXPEDITED DISPOSITION,
AND
REQUEST FOR HEARING**

The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

    E. William Leckerling, III, Esq.
    Lisman Leckerling, P.C.
    84 Pine Street, Suite 500
    P.O. Box 728
    Burlington, VT 05402-0728
    (802) 864-5756
    wmleckerling@lisman.com

A copy will be delivered via email to the following Non-NEF parties and third-parties listed below:

T. Roe Frazer, II , Esq
Frazer PLC
Suite 450
30 Burton Hills Blvd.
Nashville, TN 37215
roe@frazer.law

Matthew F. Pawa , Esq.
Wes Kelman, Esq.
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
Fax: (617) 641-9551
mpawa@seegerweiss.com
wkelman@seegerweiss.com

Kyle J. McGee, Esq.
Viola Vetter, Esq.
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
kmcgee@gelaw.com
vvetter@gelaw.com

W. Wylie Blair , Esq
OnderLaw, LLC
Lockwood Ave., 2nd Floor
St. Louis, MO 63119
blair@onderlaw.com

Emily J. Joselson, Esq.
Lisa B. Shelkrot, Esq.
Langrock Sperry & Wool, LLP
210 College Street
P.O. Box 721
Burlington, VT 05402-0721
(802) 864-0217
Fax: (802) 864-0137
lshelkrot@langrock.com
ejoselson@langrock.com

DATED at Burlington, Vermont this 19th day of December, 2022.

**DEFENDANTS**

By:   */s/ Ian P. Carleton*
Ian P. Carleton, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
icarleton@sheeheyvt.com