UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TRACY L. RUBMAN; JAMES ELLERY BAKER; KATHY A. LOTHIAN,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG; MONSANTO COMPANY; BAYER CROPSCIENCE L.P.; SOLUTIA, INC.; PHARMACIA, L.L.C.; PHARMACIA, INC.; and PHARMACIA CORP.<br><br>Defendants. | No. 2:22-CV-181-WKS |

**EXHIBIT INDEX TO EMERGENCY MOTION TO PRESERVE EVIDENCE,
REQUEST FOR EXPEDITED DISPOSITION,
AND
REQUEST FOR HEARING**

| *Exhibit* | *Description* |
|---|---|
| A | Defendants' proposed stipulation |
| B | Nov. 11, 2022 correspondence between counsel |
| C | Defendants' Nov. 18, 2022 Subpoena |
| D | Defendants' Nov. 23, 2022 email to BSD |
| E | Defendants' Dec. 8, 2022 email to BSD |
| F | BSD's Dec. 2, 2022 letter to Defendants |
| G | BSD's Dec. 14, 2022 email to Defendants |
| H | Affidavit of Wayne Hubbard |
| I | ACT 2019 Limited Phase II ESA for Burlington High School, July 15, 2019 |