UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TRACY L. RUBMAN; JAMES ELLERY BAKER; KATHY A. LOTHIAN,<br><br>   Plaintiffs,<br><br>v.<br><br>BAYER AG; MONSANTO COMPANY; BAYER CROPSCIENCE L.P.; SOLUTIA, INC.; PHARMACIA, L.L.C.; PHARMACIA, INC.; and PHARMACIA CORP.<br><br>   Defendants. | No. 2:22-CV-181-WKS |

## **ORDER**

This matter comes before the Court on Monsanto Company, Bayer CropScience LP, Solutia Inc., and Pharmacia LLC (collectively, "Pharmacia") and third-party Burlington School District's ("BSD") stipulated motion to reschedule the hearing scheduled for January 23, 2023. For the reasons stated below and in the Motion, the Motion is GRANTED.

The Court agrees that the January 23 hearing is unnecessary given the parties have agreed mutually acceptable timeline for document production, document review, and inspection of Burlington High School so BSD can proceed with demolition as soon as possible without compromising evidence that is potentially relevant to this case. Pharmacia shall notify the Court by the close of business on February 7, 2023, whether the parties have a disagreement regarding discovery that could potentially affect the agreed-upon inspection schedule. The Court will schedule a placeholder hearing on February 9, 2023 at 1:00 p.m. to be utilized in the event the Court

intervention is needed to resolve any such dispute. If a discovery hearing is required, the parties shall submit memoranda describing their disputes no later than noon the day before the hearing.

**SO ORDERED.**

Dated at ___Burlington_____, in the District of Vermont, this __20th__ day of January, 2023.

*William K. Sessions III*
_____
Hon. William K. Sessions III
United States District Judge, District of Vermont

2