UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TRACY L. RUBMAN; JAMES ELLERY BAKER; KATHY A. LOTHIAN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BAYER AG; MONSANTO COMPANY; BAYER CROPSCIENCE L.P.; SOLUTIA, INC.; PHARMACIA, L.L.C.; PHARMACIA, INC.; and PHARMACIA CORP.<br><br>　　　　Defendants. | No. 2:22-cv-181 |

**ORDER**

For the reasons stated in Parties' Joint and Stipulated Motion for Extension of Time to File Discovery Schedule, the Motion is hereby GRANTED.  The parties shall file a proposed Discovery Schedule on or before February 24, 2023.

SO ORDERED:

Dated at Burlington, Vermont this 25th day of January 2023.

　　　　　　　　　　　　/s/ William K. Sessions III
　　　　　　　　　　　　_____
　　　　　　　　　　　　Hon. William K. Sessions, III
　　　　　　　　　　　　United States District Court Judge