# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

|  |  |
|---|---|
| TRACY L. RUBMAN; JAMES ELLERY BAKER; KATHY A. LOTHIAN<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER AG; MONSANTO COMPANY; BAYER CROPSCIENCE L.P.; SOLUTIA, INC.; PHARMACIA, L.L.C.; PHARMACIA, INC.; and PHARMACIA CORP.<br><br>Defendants. | Case No. 2:22-CV-00181-WKS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS TRACY RUBMAN AND JAMES ELLERY BAKER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby agree and stipulate to dismiss this action as to Plaintiffs Tracy L. Rubman and James Ellery Baker with prejudice. Each party shall bear their own attorney's fees and costs.

Dated: October 15, 2024.

Respectfully submitted,

| | |
|---|---|
| **PRO SE PLAINTIFFS**[1] | **PHARMACIA** |

*/s/ Tracy L. Rubman*
*/s/ James Ellery Baker*

By: */s/ Ian P. Carleton*
**SHEEHEY FURLONG & BEHM P.C.**
Ian P. Carleton
Devin T. McKnight
Alexandrea L. Nelson
Hannah C. Waite
30 Main Street, 6th Floor, PO Box 66
Burlington, VT 05402-0066
(802) 864-9891
icarleton@sheeheyvt.com
dmcknight@sheeheyvt.com
anelson@sheeheyvt.com
hwaite@sheeheyvt.com

**SHOOK, HARDY & BACON L.L.P.**
Stephen I. Hansen (admitted *pro hac vice*)
Emyr T. Remy (admitted *pro hac vice*)
One Federal Street, Suite 2540
Boston, MA 02110
(617) 531-1411
sihansen@shb.com
remy@shb.com

**IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC**
Kim E. Moore (admitted *pro hac vice*)
Camala E. Capodice (admitted *pro hac vice*)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2196
kmoore@irwinllc.com
ccapodice@irwinllc.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
Kimberly B. Martin (admitted *pro hac vice*)
Brooke E. Sgambati (admitted *pro hac vice*)
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
(256) 517-5155

---

[1] Defendants, who are filing this pleading on behalf of all parties, have *pro se* Plaintiffs' consent to sign their names electronically.

kmartin@bradley.com
bsgambati@bradley.com

**IT IS SO ORDERED:**

Dated: _____, 2024.      _____
                                      Hon. William K. Sessions III
                                      United States District Judge