## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

|  |  |
|---|---|
| TRACY L. RUBMAN; JAMES ELLERY BAKER; KATHY A. LOTHIAN )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BAYER AG; MONSANTO COMPANY; BAYER CROPSCIENCE L.P.; SOLUTIA, INC.; PHARMACIA, L.L.C.; PHARMACIA, INC.; and PHARMACIA CORP. )<br><br>Defendants. ) | Case No. 2:22-CV-00181-WKS |

## <u>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS TRACY RUBMAN AND JAMES ELLERY BAKER</u>

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby agree and stipulate to dismiss this action as to Plaintiffs Tracy L. Rubman and James Ellery Baker with prejudice.  Each party shall bear their own attorney's fees and costs.

Dated: October 15, 2024.

Respectfully submitted,

**PRO SE PLAINTIFFS[1]**                                   **PHARMACIA**


 */s/ Tracy L. Rubman*                                   By:  */s/ Ian P. Carleton*
*/s/ James Ellery Baker*                                 **SHEEHEY FURLONG & BEHM P.C.**
                                                         Ian P. Carleton
                                                         Devin T. McKnight
                                                         Alexandrea L. Nelson
                                                         Hannah C. Waite
                                                         30 Main Street, 6th Floor, PO Box 66
                                                         Burlington, VT 05402-0066
                                                         (802) 864-9891
                                                         icarleton@sheeheyvt.com
                                                         dmcknight@sheeheyvt.com
                                                         anelson@sheeheyvt.com
                                                         hwaite@sheeheyvt.com

                                                         **SHOOK, HARDY & BACON L.L.P.**
                                                         Stephen I. Hansen (admitted *pro hac vice*)
                                                         Emyr T. Remy (admitted *pro hac vice)*
                                                         One Federal Street, Suite 2540
                                                         Boston, MA 02110
                                                         (617) 531-1411
                                                         sihansen@shb.com
                                                         remy@shb.com

                                                         **IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC**
                                                         Kim E. Moore (admitted *pro hac vice*)
                                                         Camala E. Capodice (admitted *pro hac vice*)
                                                         400 Poydras Street, Suite 2700
                                                         New Orleans, LA 70130
                                                         (504) 310-2196
                                                         kmoore@irwinllc.com
                                                         ccapodice@irwinllc.com

                                                         **BRADLEY ARANT BOULT CUMMINGS LLP**
                                                         Kimberly B. Martin (admitted *pro hac vice*)
                                                         Brooke E. Sgambati (admitted *pro hac vice*)
                                                         200 Clinton Avenue West, Suite 900
                                                         Huntsville, AL 35801-4900
                                                         (256) 517-5155

---

[1]     Defendants, who are filing this pleading on behalf of all parties, have *pro se* Plaintiffs' consent to sign their names electronically.

kmartin@bradley.com
bsgambati@bradley.com

**IT IS SO ORDERED:**

Dated: October 18, 2024.                    /s/ William K. Sessions III
                                            Hon. William K. Sessions III
                                            United States District Judge